Form 3-1

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **YANTAI T.FULL BIOTECH CO., LTD.,**<br><br>               **Plaintiff,**<br><br>               v.<br><br>**UNITED STATES,**<br><br>               **Defendant.** | **SUMMONS**<br>**Ct. No. 24-00183** |

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

                                            **/s/ Mario Toscano**
                                              Clerk of the Court

1. Yantai T.Full Biotech Co., Ltd., an interested party in the antidumping duty investigation under appeal pursuant to 19 U.S.C. § 1677(9)(A).
(Name and standing of plaintiff)

2. Yantai T.Full Biotech Co., Ltd. contests certain aspects of the final determination of the antidumping duty investigation on Certain Pea Protein from the People's Republic of China. The contested final determination was published in the Federal Register as Certain Pea Protein From the People's Republic of China: Final Affirmative Determination of Sales at Less Than Fair Value and Final Affirmative Critical Circumstances Determination, 89 Fed. Reg. 55,559 (July 5, 2024) ("Final Determination"). The antidumping duty order was published in the Federal Register as *Certain Pea Protein From the People's Republic of China: Antidumping and Countervailing Duty Orders*, 89 Fed. Reg. 68,390 (Aug. 26, 2024).
(Brief description of contested determination)

3. The Final Determination was signed on June 27, 2024.
(Date of determination)

Form 3-2

4. <u>The Final Determination was published in the Federal Register on July 5, 2024 and the antidumping duty order was published on the Federal Register on August 26, 2024.</u>
(If applicable, date of publication in Federal Register of notice of contested determination)

<u>/s/ Jeffrey S. Grimson</u>
Date: <u>September 25, 2024</u>

Jeffrey S. Grimson
Mowry & Grimson, PLLC
5335 Wisconsin Avenue, Suite 810
Washington, DC 20015
202-688-3610
trade@mowrygrimson.com
*Counsel to Plaintiff*

**SEE REVERSE SIDE**

2

Form 3-3

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017, Sept. 18, 2018, eff. Oct. 15, 2018.).

**Attorney General of the United States**
Attorney-in-Charge
International Trade Field Office
U.S. DEPARTMENT OF JUSTICE
Civil Division
26 Federal Plaza
New York, NY 10278

**The Honorable Gina Raimondo**
c/o Robert Heilferty, Esq.
Chief Counsel for Trade Enforcement and Compliance
U.S. DEPARTMENT OF COMMERCE
14th Street and Constitution Avenue, N.W.
Washington, DC 20230

**Supervisory Attorney**
Civil Division
Commercial Litigation Branch
U.S. DEPARTMENT OF JUSTICE
P.O. Box 480
Ben Franklin Station
Washington, DC 20444