**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| YANTAI T.FULL BIOTECH CO., LTD., | : |
| Plaintiffs, | : |
| v. | : Court No. 24-00183 |
| UNITED STATES, | : |
| Defendant. | : |

**ORDER OF DISMISSAL**

Upon consideration of all papers filed in this action, and the plaintiff's failure to file a complaint within the period prescribed by 19 U.S.C. § 1516a, it is hereby ordered that this action is dismissed for lack of prosecution pursuant to USCIT Rules 41(b)(2) and 82(b)(7).

                                            Mario Toscano
                                            Clerk of the Court

                             By:    /s/ Scott Warner
                                        Deputy Clerk

Date:  October 28, 2024
         New York, New York